**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

COMMERCE FIRST FINANCIAL, LLC,

    Plaintiff,

v.                                      CASE NO. 2:10-CV--00290-FtM-36DNF

SUMMERLIN BASS, LLC, SUMMERLIN
BASS G., LLC, EDWARD D. ADKINS,

    Defendant(s).
_____/

## **ORDER**

      This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Douglas N. Frazier on September 13, 2011 ( Doc. 89).   In the Report and Recommendation, Judge Frazier recommends that the Court deny Defendants Summerlin Bass, LLC, Summerlin Bass G, LLC, and Edward Adkins' (collectively, "Defendants") Motion for Sanctions ( Doc. 77). Neither party filed an objection to the Report and Recommendation and the time to do so has expired.

      In accord with the Magistrate Judge's Report and Recommendation, the Court finds that at the time of filing, the Complaint was not objectively frivolous.  Further, the Court finds that the Plaintiff did not fall within the safe-harbor provision of Rule 11 by attempting to dismiss its claims. Lastly, the Court finds that Plaintiff did not violate Rule 11 by filing two separate causes of action.

      Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 89) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Defendants Summerlin Bass, LLC, Summerlin Bass G, LLC, and Edward Adkins' Motion for Sanctions is **DENIED**.

**DONE AND ORDERED** at Ft. Myers, Florida, on October 13, 2011.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD