**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION**

COMMERCE FIRST FINANCIAL, LLC,

    Plaintiff,

v.                                                  CASE NO. 2:10-CV-00290-FtM-36DNF

SUMMERLIN BASS, LLC, SUMMERLIN
BASS G., LLC, EDWARD D. ADKINS,

    Defendants.
_____/

**ORDER**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Douglas N. Frazier on September 13, 2011 (Doc. 88). In the Report and Recommendation, Judge Frazier recommends that the Court deny Defendants Summerlin Bass, LLC, Summerlin Bass G, LLC, and Edward Adkins' (collectively, "Defendants") Motion for Attorney's Fees and Costs (Doc. 83). Neither party filed an objection to the Report and Recommendation and the time to do so has expired.

In accord with the Magistrate Judge's Report and Recommendation, the Court finds that the provisions of the Mortgage and Note that pertain to Tract I do not provide for attorney's fees in the instant action. Further, the Court finds that this type of action for fraudulent transfer was not listed in the provisions for attorney's fees in the Mortgage and Note, and a plain reading of the Mortgage and Note do not allow for a recovery of the attorney's fees and costs in this action.

Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion

that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 88) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Defendants Summerlin Bass, LLC, Summerlin Bass G, LLC, and Edward Adkins' Motion for Attorney's Fees and Costs ( Doc. 83) **DENIED**.

**DONE AND ORDERED** at Ft. Myers, Florida, on October 14, 2011.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD